# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DWIGHT LESTER DINDIAL,**

    **Plaintiff,**

**v.**                                                                          **Case No. 1:21-cv-43-AW-GRJ**

**KILOLO KIJAKAZI, Acting**
**Commissioner of the Social Security**
**Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I conclude that the magistrate judge's Report and Recommendation, to which no party has objected, should be approved. The Report and Recommendation, ECF No. 27, is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on July 11, 2022.

                                                    s/ *Allen Winsor*
                                                    United States District Judge